**Order entered June 7, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00002-CV

### PILOT TRAVEL CENTERS, LLC, Appellant

### V.

### JOAN MCCRAY, ET AL, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09096-M**

## ORDER

After reviewing the record, it appears the Clerk's Record is incomplete. Accordingly, the Court **ORDERS** the Dallas County District Clerk to file by **June 13, 2013** a supplemental Clerk's Record containing a copy of the November 12, 2012 Order Denying Defendant Pilot Travel Center's Motion to Compel Arbitration. We **DIRECT** the Clerk of this Court to forward a copy of this Order by facsimile to the Dallas County District Clerk, Gary Fitzsimmons.

/s/     JIM MOSELEY
           JUSTICE